

19-07/MEU/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SHAKTI TOWAGE
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CIV.          (       )
SHAKTI TOWAGE,
                                                                **RULE 7.1 STATEMENT**
                        Plaintiff,

        -against-

MLC OFFSHORE PTE. LTD. and MLC MARINE
PTE. LTD.,
                                                                RECEIVED
                                                                JUL 09 2007
                        Defendants.                             U.S.D.C. S.D.N.Y.
------------------------------------------------------------x   CASHIERS

SHAKTI TOWAGE, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       July 9, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        SHAKTI TOWAGE

        By:             _____
                        Michael E. Unger (MU 0045)
                        Lawrence J. Kahn (LK 5215)
                        80 Pine Street
                        New York, NY 10005
                        Telephone: (212) 425-1900
                        Facsimile: (212) 425-1901

NYDOCS1/276200.2