CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHAKTI TOWAGE,

                Plaintiff,

                                              07 Civ. 6273 (BSJ/THK)

    v.

                                              RULE 7.1 STATEMENT

MLC OFFSHORE PTE. LTD., and
MLC MARINE PTE. LTD.,

                Defendants.
------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants MLC OFFSHORE PTE. LTD. and MLC MARINE PTE. LTD., certify that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
         October 12, 2007

                                      CHALOS, O'CONNOR & DUFFY LLP
                                      Attorneys for Defendants,

                By:   _____
                                      Eugene J. O'Connor (EO-9925)
                                      Timothy Semenoro (TS-6847)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel: (516) 767-3600 / Fax: (516) 767-3605