UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SHAKTI TOWAGE,

                         Plaintiff,

-against-

MLC OFFSHORE PTE. LTD. and MLC
MARINE PTE. LTD.,

                         Defendants.
-------------------------------------------------------x

07 cv 6273 (BSJ)

STIPULATION AND
ORDER OF
DISCONTINUANCE AND
DIRECTION TO
RELEASE FUNDS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

     **WHEREAS**, Plaintiff commenced this maritime attachment action by filing a Verified Complaint on July 9, 2007; and

     **WHEREAS**, by Order dated the same day, the Honorable Barbara S. Jones directed the Clerk of the Court to issue Process of Maritime Attachment and Garnishment as to Defendants' property located within the Southern District of New York; and

     **WHEREAS**, Process of Maritime Attachment and Garnishment was issued the same day and subsequently served upon a number of garnishee banks; and

     **WHEREAS**, certain funds have been restrained at The Bank of New York Mellon on September 12 and October 19, 2007; and

     **WHEREAS**, on October 12, 2007 Defendants filed their Verified Answer with counterclaims; and

     **WHEREAS**, the parties have agreed that this matter be discontinued and the restrained funds be released to Defendants;

     **IT IS HEREBY STIPULATED AND AGREED** that this action be discontinued with prejudice and without costs as to either party; and

NYDOCS1/294560.1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that any garnishee bank which has restrained funds belonging to the Defendants pursuant to the Process of Maritime Attachment and Garnishment issued herein are directed to release said funds in accordance with the below wire transfer instructions;

**MLC MARINE PTE. LTD.**
DBS Bank Ltd
6 Shenton Way, DBS Building
Singapore 068809
A/C No. 0001-005829-01-5-022
Swift Dest : DBSSSGSG

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that upon this Stipulation being "So Ordered" by the Court, Plaintiff's counsel will forward a copy of same to all garnishee banks which have been served in this matter.

Dated: New York, New York
November 28, 2007

_____
Michael E. Unger, Esq.
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SHAKTI TOWAGE
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

_____
Timothy Semenoro, Esq.
CHALOS O'CONNOR & DUFFY, LLP
Attorneys for Defendant
MLC OFFSHORE PTE. LTD. and
MLC MARINE PTE. LTD.,
366 Main Street
Port Washington, NY 11050
(516) 767-3600

"SO ORDERED"
_____
Hon. Barbara S. Jones, U.S.D.J.
12/6/07

<table>
<tr><td>
GEORGE B. FREEHILL<br>
WILLIAM L. JUSKA, JR.<br>
JAMES L. ROSS*<br>
ERIC E. LENCK<br>
JOHN J. WALSH*<br>
PATRICK J. BONNER*<br>
PETER J. GUTOWSKI<br>
MARK F. MULLER<br>
WAYNE D. MEEHAN*<br>
DON P. MURNANE, JR.◊<br>
THOMAS M. RUSSO<br>
THOMAS M. CANEVARI'<br>
MICHAEL FERNANDEZ*<br>
JOHN F. KARPOUSIS*◊<br>
MICHAEL E. UNGER*'<br>
WILLIAM J. PALLAS*<br>
GINA M. VENEZIA*◊<br>
BARBARA G. CARNEVALE*<br>
MANUEL A. MOLINA<br>
LAWRENCE J. KAHN*<br>
JUSTIN T. NASTRO*<br>
PAMELA L. SCHULTZ**<br>
DANIEL J. FITZGERALD*'◊<br>
JILL A. TAFT<br>
MICHAEL C. ELLIOTT*<br>
<br>
* ALSO ADMITTED IN NEW JERSEY<br>
' ALSO ADMITTED IN CONNECTICUT<br>
◊ ALSO ADMITTED IN WASHINGTON, D.C.<br>
* ALSO ADMITTED IN LOUISIANA
</td><td>
LAW OFFICES OF<br>
**FREEHILL HOGAN & MAHAR LLP**<br>
80 PINE STREET<br>
NEW YORK, N.Y. 10005-1759<br>
<br>
TELEPHONE (212) 425-1900<br>
FACSIMILE (212) 425-1901<br>
E-MAIL: reception@freehill.com<br>
www.freehill.com
</td><td>
NEW JERSEY OFFICE<br>
850 BERGEN AVENUE<br>
JERSEY CITY, N.J. 07306<br>
TELEPHONE (973) 623-5514<br>
FACSIMILE (973) 623-3813<br>
<br>
CONNECTICUT OFFICE<br>
23 OLD KINGS HIGHWAY SOUTH<br>
DARIEN, CT 06820-4538<br>
TELEPHONE: (203) 921-1913<br>
FACSIMILE (203) 356-6377
</td></tr>
</table>

November 29, 2007

By Telefax: 212-805-6191
The Hon. Barbara S. Jones
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re:   SHAKTI TOWAGE v. MLC OFFSHORE PTE LTD and MLC MARINE PTE LTD
      07 cv 6273 (BSJ) - SDNY

OURREF:  19-07/MEU

Dear Judge Jones:

The parties having agreed to discontinue this action, we herewith forward a signed stipulation of discontinuance and direction for release of funds which have been restrained in this maritime attachment action. We respectfully request the Court "So Order" the stipulation and provide undersigned counsel with a copy so that it may be served upon the garnishee banks.

We thank the Court for its courtesy and consideration.

Respectfully,

FREEHILL HOGAN & MAHAR, LLP

Michael E. Unger

Cc: Chalos O'Connor & Duffy

NYDOCS1/294564.1